/s/ Harold L. Murphy
UNITED STATES DISTRICT JUDGE"

UNITED STATES of America,
Plaintiff-Appellee,

v.

Thomas A. WARREN, John L. Warren, Jr., Des E. Schick and David DeFina, Defendants-Appellants.

No. 75–4368.

United States Court of Appeals, Fifth Circuit.

Dec. 20, 1978.

Michael S. Tarre, Miami, Fla., for Warren.

Daniel S. Pearson, Miami, Fla. (Court-appointed), for J. Warren.

Sky E. Smith, Miami, Fla. (Court-appointed), for DeFina.

Alan M. Medof, Miami, Fla. (Court-appointed), for Schick.

Stewart E. Parsons, Florida State Hospital, Chattahoochee, Fla. (Court-appointed), for T. Warren.

Jack V. Eskenazi, U.S. Atty., Jamie L. Whitten, Asst. U.S. Atty., Miami, Fla., Shirley Baccus-Lobel, Asst. U.S. Atty., Dallas, Tex. (on rehearing), Lewis M. Fischer, Atty., App. Section, Crim. Div., Dept. of Justice, Washington, D.C., for plaintiff-appellee.

ON PETITION FOR REHEARING

Before BROWN, Chief Judge, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, CLARK, RONEY, GEE, TJOFLAT, HILL and FAY, Circuit Judges.[*]

* Judges Simpson and Morgan were qualified members of the en banc court at the time of submission and the decision en banc in this case. Subsequently, the Omnibus Judgeship

BY THE COURT:

IT IS ORDERED by the Court that the appellants' petition for rehearing of this case is DENIED as to all issues except the propriety of the application of the concurrent sentence doctrine. *See United States v. Warren*, 578 F.2d 1058, 1077 (5th Cir. 1978) (en banc). The Court reserves disposition of the petition for rehearing on the concurrent sentence issue.